# U.S. District Court for the Northern District Of Illinois
## Attorney Appearance Form

Case Title: Rangel et al. v. Heartland Healthcare Fund, et al.

Case Number: 17 CV 50244

An appearance is hereby filed by the undersigned as attorney for:

Bryan Adams, Tobby Adcock, ets (all additional named Plaintiffs)

Attorney name (type or print): Raymond J. Sanguinetti

Firm: Rathje & Woodward, LLC

Street address: 300 East Roosevelt Road, Suite 300

City/State/Zip: Wheaton, IL 60187

Bar ID Number: 6244798
(See item 3 in instructions)

Telephone Number: 630-668-8500

Email Address: rsanguinetti@rathjewoodward.com

| | Yes | No |
|---|---|---|
| Are you acting as lead counsel in this case? | ✔ | |
| Are you acting as local counsel in this case? | | ✔ |
| Are you a member of the court's trial bar? | ✔ | |
| If this case reaches trial, will you act as the trial attorney? | ✔ | |

If this is a criminal case, check your status.
☐ Retained Counsel
☐ Appointed Counsel
   If appointed counsel, are you
   ☐ Federal Defender
   ☐ CJA Panel Attorney

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C.§1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on March 1, 2018

Attorney signature: S/ Raymond J. Sanguinetti
(Use electronic signature if the appearance form is filed electronically.)

Revised 8/1/2015